Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000422
03-NOV-2016
09:32 AM

NO. CAAP-16-0000422

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROXANNE YOSHIKO NAGASAKO, fka ROXANNE SHIRAISHI,
Claimant-Appellant,
v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P. NO. 15-1-0010)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULES 12.1(e) AND 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 24, 2016, Claimant-Appellant Roxanne Yoshiko Nagasako (Appellant), pro se, filed a notice of appeal;

(2) On July 29, 2016, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 8, 2016, and September 7, 2016, respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On October 17, 2016, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, the matter would be called to the court's attention on October 27, 2016, for appropriate action, which could include dismissal of the appeal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 3, 2016.

Chief Judge

Associate Judge

Associate Judge